STATE of Missouri, Respondent,

v.

Theron J. WHITE, Appellant.

No. WD 58039.

Missouri Court of Appeals, Western District.

June 5, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied Sept. 25, 2001.

Stephen M. Patton, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

**ORDER**

PER CURIAM.

Theron J. White appeals the judgment of his convictions and sentences in the Circuit Court of Platte County following a

---

bench trial for first degree statutory rape, § 566.032, and first degree statutory sodomy, § 566.062, for which he was sentenced to concurrent prison terms of eleven years on each count. He claims that the trial court plainly erred in failing to grant, *sua sponte*, a mistrial for improper closing argument.

Judgment affirmed. Rule 30.25(b).